USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PALMER CLARE, JONATHAN CRUZ,                :
                                            :
                   Plaintiffs,     :
        -against-                         :    1:20-cv-1375-GHW
                                            :
YOUR WIRELESS SECOND AVE NY INC,            :    ORDER
RUSS SINGH, PERRY BAL, SAVIK WALIA          :
                                            :
                 Defendants.     X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

       In light of Plaintiffs' April 16, 2020 letter, the initial pretrial conference scheduled for April 23, 2020 is adjourned. The Court expects any motion for default judgment to be filed by May 7, 2020.

       Plaintiffs are directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: April 17, 2020

                                                    GREGORY H. WOODS
                                                   United States District Judge