USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   PALMER CLARE, JONATHAN CRUZ,         :
                                                                 :
                                      Plaintiffs,   :
                  -against-                      :          1:20-cv-1375-GHW
                                                                 :
   YOUR WIRELESS SECOND AVE NY INC,   :          ORDER
   RUSS SINGH, PERRY BAL, SAVIK WALIA    :
                                                                 :
                                      Defendants.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      A jury trial in this matter will begin on **Monday, January 24, 2022 at 9:00 a.m.**  The Court will hold a final pretrial conference in this case on **Monday, January 4, 2022 at 1:00 p.m.**  Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      The parties are further directed to submit the following materials no later than November 1, 2021:  (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

      SO ORDERED.

Dated:  January 27, 2021                                          _____
                                                                                GREGORY H. WOODS
                                                                      United States District Judge