```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   PALMER CLARE, JONATHAN CRUZ,    :
                                                           :
                                Plaintiffs,   :
              -against-                       :         1:20-cv-1375-GHW
                                                           :
   YOUR WIRELESS SECOND AVE NY INC,   :         ORDER
   RUSS SINGH, PERRY BAL, SAVIK WALIA   :
                                                             :
                              Defendants.   :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Trial in this matter, currently scheduled to begin on Monday, January 24, 2022 at 9:00 a.m., will now begin on **Wednesday, January 6, 2022 at 9:00 a.m.**  The Court will hold a final pretrial conference in this case on **Monday, December 8, 2021 at 1:00 p.m.**  Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      On November 1, 2021, Plaintiffs filed several pretrial documents.  It is not clear whether these documents are joint submissions as required by this Court's individual rules.  By no later than November 5, 2021, the parties shall file a letter clarifying whether these filings are joint submissions.  If not, the parties shall describe, in the same letter, how they intend to comply with this Court's individual rules.

      SO ORDERED.

Dated:  November 3, 2021

                                                          GREGORY H. WOODS
                                                    United States District Judge